FILED
Wednesday, 11 August, 2004 03:25:21 PM
Clerk, U.S. District Court, ILCD

AO 240 (Rev. 9/96)

# United States District Court

**DISTRICT OF** _____

Plaintiff: Joseph Redmond

V.

Defendant: U.S. Federal Prison / County Jail

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 04-2157

10:20 AM

I, Manica, IL. Joseph Redmon, declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant   [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

FILED
AUG 11 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  [X] Yes   [ ] No   (If "No" go to Part 2)

   If "Yes" state the place of your incarceration: Manica County Jail - Manica, IL

   Are you employed at the institution? No   Do you receive any payment from the institution? No

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?   [ ] Yes   [X] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. if the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   I've been incarcerated since March 15, 1996 and my listed Employment was at Premiere Production Studio, with a take home pay of $250 weekly.
   * All prison jobs were 12¢ an hour = $15 to $20 monthly.

3. In the past 12 twelve months have your received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [X] |
   | b. | Rent payments, interest or dividends | [ ] | [X] |
   | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
   | d. | Disability or workers compensation payments | [ ] | [X] |
   | e. | Gifts or inheritances | [ ] | [X] |
   | f. | Any other sources | [X] | [ ] |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received **and** what you expect you will continue to receive. Periodically, I may receive small sums of money for the holidays, etc. from family or friends. The meager amount during the course of a year is really insignificant and inconsistant.

4.  Do you have **any** cash or checking or savings accounts?   ☐ Yes   ☒ No

    If "Yes" state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

    If "Yes" describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

    JarRameé Redmon  ⎫
    SerRandon Redmon ⎬ $10 per month child support
    Mariah Redmon    ⎫
    Joseph Redmon    ⎬ $250 per month child support

    Both child support payments are delinquent by at least 8 yrs. I'm in debt over $39,000.

I declare under penalty of perjury that the above information is true and correct.

May 3, 2004
DATE

Joseph Redmon
SIGNATURE OF APPLICANT

**NOTICE TO PRISONER:** A Prisoner seeking to proceed IFP shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts. expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.