**FILED**
Thursday, 12 August, 2004  01:48:52 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA/DANVILLE DIVISION

| | | |
|---|---|---|
| JEFF STRONG, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 04-CV-2158 |
| | ) | |
| RICHARD MILLS, | ) | |
| | ) | |
| Defendant | ) | |

## ORDER

    Plaintiff, Jeff Strong, has previously filed suit against this court. In the present suit, Strong seeks to bring claims against U.S. District Judge Richard Mills. Because of this court's previous litigation involving Strong and the fact that Judge Mills is a sitting judge in the Central District of Illinois, I hereby recuse myself from further proceedings in this case pursuant to § 455(a) of Title 28, United States Code to avoid any appearance of impropriety in the handling of this case by the Urbana Division of the Central District of Illinois.

    This case is referred to Chief Judge McDade for reassignment.

    ENTERED this 11th day of August, 2004

**s/ Michael P. McCuskey**
MICHAEL P. McCUSKEY
U.S. DISTRICT JUDGE