E-FILED
Friday, 20 August, 2004  04:16:56 PM
Clerk, U.S. District Court, ILCD



# UNITED STATES DISTRICT COURT

JOHN M. WATERS
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

August 20, 2004

Norbert G. Jaworski
Clerk of the Court
Melvin Price Federal Bldg & US Courthouse
750 Missouri Avenue
East St. Louis, IL. 62201

          RE: Strong vs Judge Mills
          CDIL: 04-2158

Chief Judge Patrick Murphy:

    Enclosed you will find the above referenced case of which is transferred to your court.  Please acknowledge receipt of this file by returning the enclosed copy of this letter in the postage paid envelope.

          Sincerely,

          John M. Waters, Clerk

          by: s/ H. Kallister

Encl.



# UNITED STATES DISTRICT COURT

| | CENTRAL DISTRICT OF ILLINOIS | |
|---|---|---|
| JOHN M. WATERS<br>CLERK OF COURT | | TEL: 309.671.7117<br>FAX: 309.671.7120 |

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

August 20, 2004

Norbert G. Jaworski
Clerk of the Court
Melvin Price Federal Bldg & US Courthouse
750 Missouri Avenue
East St. Louis, IL. 62201

          RE: Strong vs Judge Mills
          CDIL: 04-2158

Chief Judge Patrick Murphy:

    Enclosed you will find the above referenced case of which is transferred to your court. Please acknowledge receipt of this file by returning the enclosed copy of this letter in the postage paid envelope.

          Sincerely,

          John M. Waters, Clerk

          by: s/ H. Kallister

Encl.



# UNITED STATES DISTRICT COURT

JOHN M. WATERS  
CLERK OF COURT

CENTRAL DISTRICT OF ILLINOIS

TEL: 309.671.7117  
FAX: 309.671.7120

OFFICE OF THE CLERK  
309 U.S. COURTHOUSE  
100 N.E. MONROE STREET  
PEORIA, ILLINOIS 61602

August 20, 2004

Norbert G. Jaworski  
Clerk of the Court  
Melvin Price Federal Bldg & US Courthouse  
750 Missouri Avenue  
East St. Louis, IL. 62201

                    RE: Strong vs Judge Mills  
                    CDIL: 04-2158

Chief Judge Patrick Murphy:

      Enclosed you will find the above referenced case of which is transferred to your court.  Please acknowledge receipt of this file by returning the enclosed copy of this letter in the postage paid envelope.

                    Sincerely,

                    John M. Waters, Clerk

                    by: s/ H. Kallister

Encl.