

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

August 20, 2004

Norbert Jaworski
Clerk, US District Court
Melvin Price Federal Bldg & US Courthouse
750 Missouri Ave.
East St. Louis, IL.  62201

          RE: Strong vs Judge Mills
          CDIL: #04-2158

Dear Mr. Jaworski:

    Enclosed you will find the complete file & certified copy of the docket sheet for the above referenced file. This case is transferred to you by our Chief Judge. Please acknowledge receipt of this file by dating & signing the enclosed copy of this letter in the postage paid envelope.

          Sincerely,

          JOHN M. WATERS, CLERK

          by: s/ H. Kallister

Encl.