
**E-FILED**
Thursday, 02 September, 2004  12:50:49 PM
Clerk, U.S. District Court, ILCD





## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

JOHN M. WATERS
CLERK OF COURT

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

TEL: 309.671.7117
FAX: 309.671.7120

August 20, 2004

**FILED**
SEP - 1 2004
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Norbert Jaworski
Clerk, US District Court
Melvin Price Federal Bldg & US Courthouse
750 Missouri Ave.
East St. Louis, IL. 62201

RE: Strong vs Judge Mills
CDIL: #04-2158

Dear Mr. Jaworski:

Enclosed you will find the complete file & certified copy of the docket sheet for the above referenced file. This case is transferred to you by our Chief Judge. Please acknowledge receipt of this file by dating & signing the enclosed copy of this letter in the postage paid envelope.

Sincerely,

JOHN M. WATERS, CLERK

by: s/ H. Kallister

Encl.

recd 8-26-04
*[signature]*

# 04 597-GPM